**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MORRELL WILLIAMS**                                                                             **PLAINTIFF**

**v.**                               **Case No. 4:19-cv-00804-KGB**

**OCSE**                                                                                  **DEFENDANT**

## ORDER

In an Order entered February 20, 2020, the Court granted plaintiff Morrell Williams's motion for leave to *proceed in forma pauperis* (Dkt. No. 3). The Court also identified deficiencies in Mr. Williams's complaint and ordered Mr. Williams to file an amended complaint within 30 days of the date of the Order (*Id*. at 2). The Court advised Mr. Williams that his failure to comply with this Order could result in the dismissal of his lawsuit (*Id*. at 3). *See* Local Rule 5.5 of the Local Rules of the Eastern and Western Districts of Arkansas ("If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice."). As of the date of this Order, Mr. Williams has not filed an amended complaint. Accordingly, the Court dismisses without prejudice Mr. Williams's lawsuit for failure to file an amended complaint within 30 days as directed by the Court (*Id*.).

It is so ordered, this 5th day of November, 2020.

_____
Kristine G. Baker
United States District Judge